IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE CLARENCE POOLE, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00188-MTT-MSH |
| | * |
| MS FIELDER, et al | * |
| Defendant. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 24, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 25th day of August, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk